UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 27411
    MICHAEL JOHN POZEN
    MISTY POZEN                               CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-9894     SSN XXX-XX-0177

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/11/2005 and was confirmed 09/26/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  99.93% from remaining funds.

    The case was paid in full 10/28/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICASH LOANS LLC | UNSECURED | 297.43 | .00 | 297.21 |
| ROUNDUP FUNDING LLC | UNSECURED | 13976.61 | .00 | 13966.41 |
| CAPITAL ONE | UNSECURED | 519.97 | .00 | 519.59 |
| CHECK N GO | UNSECURED OTH | 986.77 | .00 | 981.54 |
| CHECK INTO CASH INC | FILED LATE | 72.00 | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | NOT FILED | .00 | .00 |
| DR BIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| DR KIM | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 535.77 | .00 | 535.38 |
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| PENTAGROUP FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1206.47 | .00 | 1205.59 |
| PORTFOLIO RECOVERY ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1594.01 | .00 | 1592.85 |
| ASSET ACCEPTANCE LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 2166.54 | .00 | 2164.96 |
| SULLIVAN URGENT AID | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED OTH | 529.11 | .00 | 528.65 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 1,607.82 |
| DEBTOR REFUND | REFUND | | | 573.66 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 27411 MICHAEL JOHN POZEN & MISTY POZEN

```
TRUSTEE                         26,673.66

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       21,792.18
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             1,607.82
DEBTOR REFUND                                      573.66
                            ----------------   ----------------
TOTALS                          26,673.66       26,673.66
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/28/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE